John J. Smith
#1757775
3060 FM 3514
Stiles Unit
Beaumont, Tx. 77705

184th District Court
of Harris
County Texas
82,501-02

Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 26 2015

Abel Acosta, Clerk

Cause No 1234109-A

Table of Authorites - Cases
To Support 11.07 Writ

Allen V. U.S.
164 U.S. 492, 17 S. CT. 154 (1996)

Gregory V. U.S.
125 US. App. D.C. 369 F. 2D 185 (D.C. Cir. 1966

Macklin V. U.S.
153 US. App. D.C. 139, 409 F. 2D 174 (D.C. Cir 1969)

Makeu V. US
75 US. App. D.C. 146 F. 2D. 533 (1942)

US. V. Telfaire 152 US APP CD. 146 F. 2D 552 (DC Cir 1972)

US. V. Wade 38 US. 218 87 S CT. 1926 18 LED. 2D 1149

"Statutes"

Tex. P.C. ANN, Sec 12.42 (Vernon - 2011)
Tx. C. Crim. Proc, ART 36.14 (Vernon - 2011)
Tex. C Rim. Proc / ART 4629 (b) (Vernon - 2011)
US. Const AMEND V, AND XIV

Table of Authorites ~ Other

Instrection 125 (2001) Patterr Jury Instructions
of the District Judges Association of the

Fifth Circuit

Attorney Failed to Perfect Appeal

Chapman v. U.S. 469 F.2d 634 (5th Cir 1972)

The court ordered a hearing to see if the court-appointed Attorney had abandoned the defendant's appeal or neglected to inform the defendant that he had a right to appeal. The court noted additionally that if these allegations were true then hebeas corpus relief should be granted.

## 4.33 Insufficient Evidence

In Texas the only time you may attack a conviction because of insufficient evidence is by direct appeal.

Ex parte Wingfield 162 Tex Crim 118, 282 S.W. 2d (1955) Colbroth v. Wainwright 466 F.2d 1193 (5th Cir 1972)

Ineffective Assistance of Counsel Appeal Lawyer
Tony Aninno

"A "NO Evidence" point of error must And may only be sustained when the record discloses one of the following

## I

A complete Absence of evidence of A vital fact

## II

The court is barred by rules of law or evidence from giving weight to vital fact;

## III

The evidence offered to prove A vital fact is no more than A mere scintilla of evidence;

## IIII

The evidence establishes conclusively the oppsite of A vital fact

Common-wealth Lloyds Ins. Co. v Thomas 678 Sw. 2d 278, 288 (Tex. App – Fort Worth 1984 writ ref'd n.re) Calvert, No Evidence And Insufficient Evidence Points of Error 38 Texas L. REV 361 (1960)"

"The Knife" WAS DNA Tested by the State + found None